UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOLEY SQUARE Index Number: 1:21-cv-09412-LJL
DIVISION

Date Filed: 11/16/2021

ATTORNEY(S) THE LAW OFFICES OF MARTIN E. RESTITUYO
1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK, NY 10123 | PH: (212) 785-0800

Hector J. Lazala

Plaintiff

vs

Mega Food Store Inc., Bernardo Batista, and Iraida DeJesus

Defendant

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

**AFFIDAVIT OF SERVICE**

**Ahmed A. Abderrahman**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **11/23/2021**, at **12:35 PM** at **1405 Webster Avenue, Bronx, NY 10456**, Deponent served the within **Civil Cover Sheet, Summons and Verified Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Mega Foods Store Inc.**, therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **John Doe** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity. A description of John Doe is as follows:

**Sex**: Male  **Color of skin**: Brown  **Color of hair:** Black  **Age**: 50
**Height**: 5ft9in-6ft0in  **Weight**: 161-200 Lbs.  **Other** :

Sworn to before me on November 24, 2021

Ellen Eakley
Notary Public - State of New York
No. 01EA5085889; Qualified in Westchester County
My Commission Expires September 29, 2025

Client's File No.:

Process Server, Please Sign
Ahmed A. Abderrahman

Lic# 2067334
Job #: 2127692

*INTER COUNTY JUDICIAL SERVICES, LLC, 901 NORTH BROADWAY SUITE 18, NORTH WHITE PLAINS NY 10603 LICENSE # 1371771*