UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR J. LAZALA,

                     *Plaintiff,*

                *-against-*

MEGA FOOD STORE INC., BERNARDO BATISTA, and IRAIDA DEJESUS,

                     *Defendants.*

Index No.: 1:21-cv-09412

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY  )
                              ) ss.:
COUNTY OF BERGEN  )

STEFFANY MARQUEZ, being duly sworn deposes and says:

    1. I am not a party in this action, am over 18 years of age and reside in Bergen County, New Jersey.

    2. That on 12/1/2021 at approximately 2:00 P.M. at 1405 Webster Avenue, Bronx, New York 10456, Deponent served the Civil Cover Sheet, Summons and Verified Complaint, with the index number and the filing date of the action endorsed upon the papers, personally upon Bernardo Batista a.k.a. Julian by handing him a copy of the papers.

    3. Bernardo Batista was a male with white skin, approximately 5'9" – 5'11' in height, 160 -200 lbs. in weight, with brown hair. He was standing behind the counter at Mega Food Store when I hand delivered the papers to him.

                                                       _____
                                                        Steffany Marquez

Sworn to before me this 8th day of December 2021.

_____
Notary Public

MARTIN E RESTITUYO
NOTARY PUBLIC. STATE OF NEW YORK
Registration No. 02RE6418174
Qualified in New York County
My Commission Expires: 6/1/25