**THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

May 12, 2022

**VIA ECF**

The Honorable James L. Cott
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

      **Re**:  *Lazala v Mega Food Store, Inc.*; Ca No. 1:21-cv-09412 (LJL)

Dear Judge Cott:

      This firm represented Plaintiff, Hector Lazala, in the above referenced action.  As the Court is aware today is the deadline for filing the fully executed settlement agreement and motion for court approval.  However, after our settlement conference, Plaintiff passed away.  Thus, we respectfully request a 60-day adjournment of today's deadline so that we may move to substitute Mr. Lazala's estate as the proper party in this case and bring this matter to a close.

      No previous requests for extensions have been made.  Defendants consent to this extension.

      We thank the Court for this anticipated accommodation.

Very truly yours,

Martin E. Restituyo, Esq.

Cc.: All parties via ECF